# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONKLIN,<br><br>                Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY, Commissioner of the Social Security Administration,<br><br>                Defendant. | Case No. 2:24-cv-3437-SPG (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report. The decision of the Commissioner of the Social Security Administration is AFFIRMED. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

DATED: September 30, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE