JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:24-cv-3437-SPG (SK)<br><br>**JUDGMENT** |

　　It is the judgment of this Court that the decision of the Commissioner of the Social Security Administration is AFFIRMED. Judgment is hereby entered in favor of Defendant.

**IT IS SO ORDERED.**

DATED: September 30, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE